IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVARIO SAMELL McCRAY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5919

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Bay County.
Elijah Smiley, Judge.

Caren Bennett of Caren Bennett, PA, Panama City, for Appellant.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Assistant Attorney
General, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, CJ., THOMAS and and RAY, JJ., CONCUR.